**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6401

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALEXANDER RICKEY SHAW, JR., a/k/a Ruger Red,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-cr-00355-D-2)

Submitted:  September 18, 2025                     Decided:  September 23, 2025

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alexander Rickey Shaw, Jr., Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Rickey Shaw, Jr., appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the Sentencing Guidelines. The district court found that Shaw was eligible for a sentence reduction but declined to reduce his sentence based on its assessment of the 18 U.S.C. § 3553(a) factors. We discern no abuse of discretion in the court's decision. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Shaw*, No. 5:19-cr-00355-D-2 (E.D.N.C. May 6, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*